**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Jamie Korzan Gookins
*formerly known as* Jamie Korzan,

        Plaintiff,

v.

Bank of America, N.A., Experian
Information Solutions, Inc., and
TransUnion LLC,

        Defendants.

Case No. 25-CV-02892 (JMB/EMB)


**ORDER OF DISMISSAL**

---

This matter is before the Court on Plaintiff Jamie Korzan Gookins's and Defendants Bank of America, N.A.'s, Experian Information Solutions, Inc.'s, and TransUnion LLC's Joint Stipulation for Dismissal.  (Doc. No. 61.)  Jamie Korzan Gookins wishes to dismiss Defendant TransUnion LLC from the Complaint (Doc. No. 1-2) under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Therefore, IT IS HEREBY ORDERED that TransUnion LLC is DISMISSED WITH PREJUDICE, and each party shall bear their own costs and attorneys' fees.


Dated:  August 3, 2026

        /s/ *Jeffrey M. Bryan*
        Judge Jeffrey M. Bryan
        United States District Court

1